# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

**UNITED STATES DISTRICT COURT**

**CIVIL DIVISION**

**DISTRICT OF COLUMBIA**

Case: **1:25-cv-03988**
Assigned To : **Unassigned**
Assign. Date : **11/13/2025**
Description: **Pro Se Gen. Civ. (F-DECK)**

**ADRIAN DAMICO MOON**, an individual recipient of SNAP and suing in his official capacity as Czar of Homelessness and Anti-Semitic Reform,

Plaintiff,

vs.

**SATAN, a.k.a. 'Lucifer da fallen Loser"**, a spiritual being and being sued in his official capacity as Ruler of This World, **DONALD JOHN TRUMP, JR. a.k.a. 'teflon don'**, an individual and being sued in his official capacity as President of da United States of America, **GAIL MACDONALD MARCHIONE**, an individual and being sued in her official capacity as courtroom clerk for Indira Talwani, Judge, **SAVANNAH COOK**, an individual and being sued in her official capacity as Docket Clerk for Indira Talwani, Judge. **BRIAN LAWRENCE SCHWALB**, an individual and being sued in his official capacity as Attorney General for D.C.,

DOES 1 THROUGH 350, Inclusively,

Defendants,

Case No. _____

Lead Related Case no. 1:25-cv-13165-IT, U.S. District Court of Massachusetts

**VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF AND DECLARATORY RELIEF THAT DEFENDANTS COMMITTED CRIMES AGAINST PLAINTIFF**

" JUDGMENT IS COMING "

# $ 7,000,000,000.00

GRAND JURY TRIAL DEMANDED

COVID-19: HOST, HOAX, OR HOLY SPIRIT

## INTRODUCTION

1. For decades Defendants Satan et. al have come against Plaintiff to Steal, Kill, and Destroy by shut-down of his government to avoid paying SNAP payments and issuing Executive Orders to pay Plaintiff his Seven (7) Billions Dollars from being Kidnapped for Ransom from Altadena California, spending Ten (10) Years in California Prisons and Sixteen (16) months in D.O.C., D.C. Jail to chill Plaintiff from exercising his rights in his protected class and grand theft of approximately One Billion Dollars in Personal and Real Estate Properties. Plaintiff are therefore forced to seek this Court's

**RECEIVED**
OCT 13 2025
Clerk, U.S. District & Bankruptcy Court for the District of Columbia

---

VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF AND DECLARATORY RELIEF THAT DEFENDANTS COMMITTED CRIMES AGAINST PLAINTIFF - 1

# 𝔉𝔯𝔬𝔪 𝔇𝔞 𝔎𝔦𝔫𝔤𝔡𝔬𝔪 𝔒𝔣 Adrian 'daredeemer'

## 𝔅𝔲 𝔓𝔯𝔬𝔠𝔩𝔞𝔪𝔞𝔱𝔦𝔬𝔫 𝔄𝔫𝔡 𝔇𝔢𝔠𝔯𝔢𝔢 𝔘𝔫𝔡𝔢𝔯 𝔡𝔞 𝔅𝔩𝔬𝔬𝔡 𝔬𝔣 𝔜𝔢𝔰𝔥𝔲𝔞 𝔍𝔢𝔰𝔲𝔰 ℭ𝔥𝔯𝔦𝔰𝔱 𝔡𝔞 𝔐𝔢𝔰𝔰𝔦𝔞𝔥...

intervention to forestall further irreparable harm and damages, duress and actual cost and punitive damages from Satan and his underlings evil, vicious, heinous, Hamas Domestic Terror illegal actions.

## JURISDICTION AND VENUE

2. The Court has jurisdiction pursuant to 28 U.S.C. Sections 1331, 1346, and 2201 (a) et. seq.

3. Venue is proper in this district pursuant to 28 U.S.C. Section 1391 ( e ) (1). Defendants are United States agencies, government, or officers sued in their official capacities. The District of Columbia is Satan's stronghold and a resident of this judicial district and a substantial part of the events or omissions giving rise to this Verified Complaint occurred within the District of Columbia.

## PARTIES

### I. Plaintiffs:

4. Plaintiff Adrian Damico Moon is a sovereign of da United States of America. An individual recipient of SNAP, and suing in his official capacity as Czar of Homelessness and Anti-Semitic Reform.

### II. Defendants:

5. Defendant Satan, a.k.a. Lucifer da fallen Loser' is a spiritual being, and being sued in his official capacity as Ruler of this World and resided in Washington D.C.

6. Defendant Donald John Trump, jr. a.k.a. 'teflon don' is an individual, ex-convict and is being sued in his official capacity as President of da United States of America and resides in Washington, D.C. in da same house as Satan.

7. Defendant Gail MacDonald Marchione, an individual and being sued in his official capacity as courtroom clerk for Indira Talwani, Judge in Lead Pending related case no. 1:25-cv-13165-IT and is a citizen of da United States of America.

8. Defendant Savannah Cook, an individual and being sued in her official capacity as Docket Clerk for Indira Talwani, Judge in Lead Pending Related case no. 1:25-cv-13165-IT in da U.S. District court of Massachusetts and is a citizen of da United States of America.

9. Defendant Brian Lawrence Schwalb, an individual and being sued in his official capacity as Attorney General, D.C is da ex-Lawyer in Lead Pending Related case no. 1:25-cv-13165-IT in da U.S. District Court of Massachusetts and is a citizen of da United States of America.

𝔉𝕽𝕺𝔐 𝔇𝔄 𝕶𝕴𝕹𝕲𝔇𝕺𝔐 𝕺𝔉 Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

10. The Above named Defendants, and its subsidiaries and agents, are collectively referred to as "Defendants." The true names and capacities of the Defendants sued herein as DOE DEFENDANTS 1 through 350 inclusively, are currently know ( Cross-Complaints ,cases no. 2023 CCC 0025, Superior Court, D.C. ; 1:23-cv-1972-bah ; 1-25-cv-01451-una in da U.S. District Court, D.C. ) and unknown to Plaintiff, who therefore sues such Defendants by fictitious names. Each of the Defendants designated herein as a DOE is Legally responsible for the unlawful acts alleged herein. Plaintiff will seek leave of Court to amend the Verified Complaint to reflect the true names and capacities of the DOE Defendants when such identities become known.

11. Plaintiff is informed and believes that at all relevant times, each and every Defendant was acting as an agent and/or employee of each and every Defendant was acting within the course and scope of said agency and/or employment with the full knowledge and consent of each of the other Defendants. Plaintiff is informed and believes that each of the acts and/or omissions complained of herein was made known to, and ratified by, each of the other Defendants.

## UNDISPUTED FACTUAL ALLEGATIONS

12. Defendants Satan and his underlings ( Defendants Trump, Gail MacDonald, Savannah Cook and Brian Schwalb ) have come against Plaintiff with evil, vicious, heinous, Hamas Domestic Terrorism and have criminal conspired to Steal, ( One Billion Dollars of Personal and Real Estate Properties ) Kill, ( Attempted Murder ) and Destroy ( slander, libel ) Plaintiff.

13. On November 10, 2025, at Hearing in Lead case: Commonwealth of Massachusetts et. al. vs. Satan et. al. case no. 1:25-cv-13165-IT, U.S. District Court of Massachusetts, Defendants with evil vicious, heinous, Hamas Domestic Terrorism criminally conspired failed to file over Seven ( 7 ) documents in their possession then failed to file a First Amended Verified Complaint naming Defendant Donald John Trump, jr. a.k.a. 'teflon don' then disconnected Plaintiff from the court connection and would not restore the connection terror threatening " that YOU need to file YOUR own criminal complaint as a direct result of Defendants criminal conspiracy Plaintiff incurred actual damages of Seven (7) Billion Dollars .

///

///

# 𝔉𝔕𝔒𝔐 𝔇𝔄 𝔎𝔍𝔑𝔊𝔇𝔒𝔐 𝔒𝔉 Adrian 'daredeemer'
## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

## COUNT 1
## TREASON

Violations of Federal R.I.C.O. Act of 1973 ; 18 U.S.C. 241,242, 1201(a) ; 2381 et. seq.
Against ALL Defendants , Does 1-350 Inclusively

14. Plaintiff realleges and incorporate herein by this reference da entire Lead Case Commonwealth Of Massachusetts vs. Satan et. al , case no. 1:25-cv-13165-IT, in da U.S. District Court of Massachusetts filed on October 28, 2025. And paragraphs 1 through 14 as set forth previously.

15. On November 12, 2025 , Defendants Satan, Donald John Trump, Brian Schwalb, Gail MacDonald Marchione , Savannah Cook with evil , vicious, heinous , Hamas Domestic Terrorism , criminally conspired to set a secret meeting/ hearing whereby Plaintiff through da Creator great graces was able to foil this secret meeting again Defendants Donald John Trump,jr. a.k.a 'teflon don' failed to issue an Executive Order to pay Plaintiff a lump sum of Seven ( 7) Billion Dollars through da Justice Fund from a default judgment against Defendant Satan' s government, then Pardon and issue Full Expungement of Plaintiff , Sean "puff daddy combs and Johnny Potter.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff Moon respectfully request through fervent prayer that this court enter judgment in his favor and grant da following relief:

1. A declaration that SATAN et. al. directive to State administrators to withhold SNAP benefits issuance files in it's October 10, 2025 SNAP letter is contrary to law, arbitrary and capricious , and an abuse of discretion.

2. A declaration that SATAN et. al.'s suspension of November 2025 SNAP benefits in its October 24, 2025 letter is contrary to law, arbitrary and capricious , and an abuse of discretion.

///

---

VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF AND DECLARATORY RELIEF
THAT DEFENDANTS COMMITTED CRIMES AGAINST PLAINTIFF - 4

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

3. A declaration that Satan et.at. with vicious, evil, heinous, Hamas Domestic Terrorism has committed crimes against Plaintiff Moon under da Federal Criminal Statute, Federal R I.C.O. ACT OF 1973.

4. Default Judgment of Seven (7) Billion Dollar.

5. Plaintiff Moon's costs, expenses, and reasonable attorney in pro se fees; and

6. Such other relief as the Court deems, just, proper and equitable.

DATED : November 13, 2025

ADRIAN DAMICO MOON, Plaintiff, Attorney In Pro Se

### VERIFICATION

I AM Adrian Damico Moon and have read this Verified Complaint and shall verify that da foregoing is true and correct, so help me God ...

DATED : November 13, 2025

ADRIAN DAMICO MOON, Plaintiff, Attorney In Pro Se

---

VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF AND DECLARATORY RELIEF THAT DEFENDANTS COMMITTED CRIMES AGAINST PLAINTIFF - 5