# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

### UNITED STATES DISTRICT OF COURT
### CIVIL AND CRIMINAL DIVISIONS
### IN DA DISTICT OF COLUMBIA

**ADRIAN DAMICO MOON, a.k.a. 'daredeemer',** an individual recipient of SNAP and suing in his official capacity as Czar of Homelessness and Anti-Semitic Reform,

    Plaintiff,

vs.

**SATAN, a.k.a. Lucifer da fallen loser,** a spiritual being and being sued in his official capacity as Ruler of This World, **ET. AL.**
**DOES 1 through 350 Inclusively,**

    Defendants,

" **JUDGMENT IS COMING** "

**# $ 7,000,000,000.00**

Case No. **1:25-CV-03988-UNA**

Lead Pending Related Cases:

1:25-cv-13165-IT, U.S. Dist. Ct. Dist. of Mass.
1:25-cv-03005-JMC, U.S. Dist. Ct. D.C.
1:20-CV-02291-doc, U.S. Central Dist. Ct. of CA
3:25-cv-04870-CRB, U.S. Northern Dist Ct. of CA
25-5207, U.S. C.O.A., D.C.
25-CO-0632, C.O.A., D.C.
2023 CCC 0025, Superior Ct, D.C.

**AMENDMENT TO VERIFIED COMPLAINT**
( Fictitious / Incorrect Name )

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

**FICTITIOUS NAME ( No Order Required ):**

Upon da filing of da Verified Complaint, da Plaintiff being ignorant of da true name of **DOE O. 75**, having discovered da true name of Defendant to be **CORINNE ANN BECKWITH, a.k.a. ' slave'**, an individual and being sued in her official capacity as appointed employee of da Court of Appeal District of Columbia ; **DOE NO. 76**, having discovered da true name of Defendant to be **JOSHUA DEAHL,** an individual and being sued in his official capacity as appointed employee of da Court of Appeal District of Columbia ; **DOE NO. 77**, having discovered da true name of Defendant to be **CATHORINE F. EASTERLY,** an individual and being sued in her official capacity as appointed employee of da Court of Appeal District of Columbia ; **DOE NO. 78**, having discovered da true name of Defendant to be **JOHN P. HOWARD III,** an individual and being sued in his official capacity as appointed employee of da Court of Appeal District of Columbia ; **DOE NO. 79**, having discovered da true name of Defendant to be **ROY W. MCKEESE,** an individual and being sued in his official capacity appointed employee of da Court of Appeal District of Columbia ; **DOE NO. 80**, having discovered da true name of Defendant to be **VIJAY SHANKER**, an individual and being sued in his official capacity as appointed employee of da Court of Appeal District of Columbia ; **DOE NO. 81**, having discovered da true name of

**RECEIVED**
DEC 01 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# FROM DA KINGDOM OF Adrian ' daredeemer '
## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

1. Defendant to be **STEPHAN H. GLICKMAN**, an individual and being sued in his official capacity as
2. appointed employee of da Court of Appeal District of Columbia ; **DOE NO. 82**, having discovered da
3. true name of Defendant to be **VENESSA RUIZ,** an individual and being sued in her official capacity as
4. appointed employee in da Court of Appeal District of Columbia ; **DOE NO. 83**, having discovered da
5. true name of Defendant to be **JOHN M. STEADMAN,** an individual and being sued in his official
6. capacity as appointed employee of da Court of Appeal District of Columbia ; **DOE NO. 84**, having
7. discovered da true name of Defendant to be **PHYLLIS D. THOMPSON**, an individual and being sued
8. in her official capacity as appointed employee of da Court of Appeal District of Columbia ; **DOE NO.**
9. **85**, having discovered da true name of Defendant to be **ERIC T. WASHINGTON**, an individual and
10. being sued in his official capacity as appointed employee of da Court of Appeal District of Columbia.
11. See , read , understand and consider attached Motion A ( 18 ) pages ( DENIED FILING OF MOTION
12. TO RECUSE ALL JUDICIAL OFFICERS OF COURT OF APPEAL DISTRICT OF COLUMBIA )
13. incorporated by this reference. **AMEND da Verified Complaint by submitting for da fictitious**
14. **names whenever it'they appears in da Verified Complaint .** AMEN AND AMEN "YES KING "
15. **Revelation 19: 13-16 ESV**
16. **DATED: DECEMBER 1, 2025**        by: _____
17.                   **KING Adrian Damico Moon, 'daredeemer' Attorney In Pro Se**

*da blood*



Adrian moon <admoon172@gmail.com>

## IN RE: ADRIAN DAMICO MOON, APPELLANT case no 25-CO-0632 g" EMERGENCY MOTION RECUSE ALL JUDICIAL OFFICERS re: sanctions of Seven Billion Dollars "

2 messages

---

**Adrian moon** <admoon172@gmail.com>  Sun, Nov 30, 2025 at 4:32 PM
To: EmergencyFilings <emergencyfilings@dcappeals.gov>
Cc: otpnewsdesk@icc-cpi.int, obama.library@nara.gov, info@ap.org, info@spacex.com, info@obama.org, graham.danzer@dc.gov, shelby.grad@latimes.com, hector.becerra@latimes.com, hello@wtop.com, teresayhilleryesq@gmail.com, terry.tang@latimes.com, fadi.el-abdallah@icc-cpi.int, PublicAffairs.Unit@icc-cpi.int, liaisonofficeny@icc-cpi.int, OutreachHQ@icc-cpi.int, contact@hopeoftheworld.org, philip.gray@latimes.com, pio@supremecourt.gov
Bcc: otcolesr38@gmail.com

Dearest Beloved Julio Arturo Castillo, Clerk of da Court and staff . Please file and process this Emergency Motion for immediate adjudication by Mob Boss Anna Elizabeth Blackburne-rigsby , Chief Judge ... AMEN AND AMEN  KING Adrian 'daredeemer' Moon, Attorney In Pro Se 🙏❤️🔥👺👹👺👌🌞🧍💯💯💯

 **RECUSE ALL OFFICERS re sanctions seven billion dollars.pdf**
634K

---

**Adrian moon** <admoon172@gmail.com>  Mon, Dec 1, 2025 at 9:39 AM
To: EmergencyFilings <emergencyfilings@dcappeals.gov>

[Quoted text hidden]

**RECUSE ALL OFFICERS re sanctions seven billion dollars.pdf**
634K

---

Ghetto Roguishu stated that she and Ms. Ehrenseld did not receive da attached Motion for Recusal 28 U.S.C. 144(a)

*[signature]*

**Motion A (18) pages**

Adrian Damico Moon, GBN# Chosen one
611 Pennsylvania ave, SE #310
Washington D.C. 20003
Cell ( 771) 215-8153  admoon172@gmail.com

Appellant Attorney In Pro Se

## COURT OF APPEAL DISTRICT OF COLUMBIA

In re: ADRIAN DAMICO MOON ) Case No. __25-CO-0632__
)
) Lead Identical C.O.A. Case No.
)
Appellant, ) 23-FM-0830 ; 23-CO-0863 ; 23-CO-0955 ; 24-
) CM-0495
)
) Superior Court, D.C. case no.
)
) 2023 CPO 1056
) 2023 CCC  0025
)
)
) **COVID-19: HOST, HOAX, OR HOLY SPRIT**
)

**EMERGENCY MOTION FOR RECUSAL OF ALL JUDICIAL OFFICERS OF DA COURT OF APPEALS DISTRICT OF COLUMBIA STAFF ( MOB BOSS ANNA ELIZABETH BLACKBURNE-RIGSBY, CORINNE A. BECKWITH, JOSHUA DEAHL, CATHERINE F. EASTERLY, JOHN P. HOWARD III, ROY W. MCLEESE, VIJAY SHANKER, STEPHAN H. GLICKMAN, VENESSA RUIZ, JOHN M. STEADMAN, PHYLLIS D. THOMASE , ERIC T. WASHINGTON ) AND TO VACATE , SET-ASIDE AND STRIKE ALL AND EVERY ORDER ADVERSELY RULED AGAINST ADRIAN DAMICO MOON IN CASES WHEREBY APPELLANT MOON, WAS, IS , AND TO BE A PARTY TO DA ACTION PURSUANT TO 28 U.S.C. 144 (a) ; 455 (b) (5) (i-iv ) ; 18 U.S.C. 2381 ; 241 ; 242; 1201 (a) ET. SEQ.  SEE, READ , UNDERSTAND AND CONSIDER ATTACHED MOTION A (4) PAGES ; MOTION B ( 8) PAGES re: Sanctions $7,000,000,000.00   (Proposed ) ORDER THEREON**

**TO : MOB BOSS ANNA ELIZABETH BLACKBURNE-RIGSBY, CORINNE A. BECKWITH (202) 879-2728, JOSHUA DEAHL (202) 879-2791, CATHORINE F. EASTERLY (202) 879-2786, JOHN P. HOWARD III,(202) 879-2771, ROY W. MCKEESE (202) 879-2762, VIJAY SHANKER (202)879-4354, STEPHAN H. GLICKMAND (202) 879-2741, VENESSA RUIZ (202) 879-2757, JOHN M. STEADMAN (202) 879-2786, PHYLLIS D. THOMPSON (202) 879-2781, ERIC T. WASHINGTON(202) 879-2771:**

**NOTICE IS HEREBY GIVEN** that Appellant Adrian Damico Moon shall move this court by way of

an Emergency Motion to Recuse All and Every Judicial Officer ( 11) appointed and employed with da

---

EMERGENCY MOTION FOR RECUSAL OF ALL JUDICIAL OFFICERS OF DA COURT OF APPEAL D.C. re:

Sanctions of $7,000,000,000.00  (proposed ) ORDER THEREON   - 1

Court of Appeal District of Columbia and for orders to Vacate, Set-Aside, Strike all and any orders issued adversely to Appellant Moon in all cases in da Court of Appeal, D.C., whereby Appellant Moon was, is, and to be a party to da Actions, pursuant to 28 U.S.C. 144 (a) ; 455 (b) (5)(i-iv) ; 18 U.S.C. 2381; 241 ;242; 1201 (a) ET. SEQ.

## DECLARATION OF ADRIAN DAMICO MOON

## MEMORANDUM OF POINTS AND AUTHORITIES

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer' ) Victim, Appellant, Attorney In Pro Se, Israelite, chosen one, begotten son of da Almighty Creator Sovereignty of da Universe in da mighty name of Yahawshi, Yeshua, Jesus Christ da Messiah... paragon, with integrity, and veracity proclaim and decree as follows,

1. Defendant Mob Boss Anna Elizabeth Blackburne-rigsby and her underlings (11) Judicial officers and da Clerks of da Court with evil, vicious, heinous, Hamas Domestic Terrorism, specifically and Satan et. al, generally of case no. 1:25-cv-03988-UNA, criminally conspired then illegally Dismissed Cases No. 23-FM-0830 ; 23-CO-0863 ; 23-CO-0955 ; 24-CM-0495 ; 25-FM-????, never assigned a case number and currently 25-CO-0632 !

2. On December 15, 2023 in case no. 23-CO-0863, Defendant Corinne A. Beckwith, acting like Chief Judge recuse Mob Boss Anna Elizabeth Blackburne-rigsby but failed to Vacate, Set-aside and Strike all and any ruling and orders in cases 23-FM-0830 ; 23-CO-0863 ; 23-CO-0955, subsequently causing 'daredeemer' to be kidnapped for Ransom from Altadena California on December 19, 2023 and being held hostage in da D.O.C. D.C. Jail for Twenty-four (24) months.

3. 'daredeemer' has suffered irreparable harm and damage, pain and suffering and actual cost of Seven (7) Billions Dollars and punitive damages in da amount of Twenty-one (21) Billions Dollars. See, read, understand, and consider attached Motions A (4) pages and Motion B (6)pages incorporated by

This reference .

4. 'daredeemer' has no plain nor adequate remedy for legal relief against Satan 's worshipers and this Defendants shall be arrested immediately and then face charges under da Private Citizens Arrest under D.C. Code sections 23-582 ; 1105 (a) ; 18 U.S.C. 2381 ; 1201 (a) ; 241 ;242 et. seq. 'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct , so help me God !!!

DATED: NOVEBER 30, 2025          by: _____

Adrian Damico Moon, Attorney In Pro Se

---

EMERGENCY MOTION FOR RECUSAL OF ALL JUDICIAL OFFICERS OF DA COURT OF APPEAL D.C. re:

Sanctions of $7,000,000,000.00 (proposed ) ORDER THEREON   - 3

Motion A

(4) pages

EXTREME EMERGENCY
MOTION

CASE NO. S-25-_____

## IN DA

## SUPREME COURT OF UNITED STATES OF AMERICA

### ADRIAN DAMICO MOON

### PLAINTIFF- APPELLANT,

### VS.

### SATAN ET. AL. ROES 1 THROUGH 350 INCLUSIVELY

### DEFENDANTS-APPELLEES,

**EXTREME EMERGENCY DEMAND UNDER SUPREMACY CLAUSE ARTICLE VI PARA. TWO OF DA UNITED STATES CONSTITUTION FOR NOTICE AND RULING TO JUSTICES AMY CONEY BARRETT, JOHN G. ROBERTS JR. , CLARENCE THOMAS, SAMUEL ALITO, JR. , SONIA SOTOMAYOR, ELENA KAGAN, NEIL GORSHUCH , BRETT M. KAVANAUGH, KETANJI BROWN JACKSON ( EN BANC) OF DA EXTREME EMERGENCY APPLICATION SUBMITTED TO DA COURT ON NOVEMBER 12, 2025 : SEE, READ , AND CONSIDER DA ATTACHED MOTION A ( 9 ) PAGES ( EXTREME EMERGENCY APPLICATION TO THE HONORABLE AMY CONEY BARRETT... ) AND MOTION B (8) PAGES ( SUBPOENA , AMENDED VERIFIED COMPLAINT , AND VERIFIED COMPLIANT )  INCORPORATED BY THIS REFERENCE.**

| **Plaintiff-Appellant** | **Defendants-Appellees** |
|---|---|
| Adrian Damico Moon, Attorney In Pro Se | U.S. Supreme Court Justices( En Banc) |
| 611 Pennsylvania ave, SE #310 | 1 First Street, NW |
| Washington D.C. 20001 | Washington, D.C. 20001 |
| Cell ( 771-215-8153 | (202) 863 1004 |
| admoon172@gmail.com | sharris@supremecourt.gov |

## DECLARATION OF ADRIAN DAMICO MOON
## MEMORANDUM OF POINTS AND AUTHORITIES

I AM ADRIAN DAMICO MOON, ( hereinafter, 'daredeemer' ) Plaintiff and Appellant, Attorney In Pro Se, Israelite, chosen one, begotten son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua, Jesus Christ da Messiah... paragon, with integrity, and veracity, proclaim and decree as follows,

1. Since October 30, 2024, Defendants has deliberately failed to provide 'daredeemer' with a case number for his Writ of Certiorari and Defendant Barrett has deliberately failed to adjudicated an Extreme Emergency Application for Administrative relief to provide da case number and to rule (En Banc) on whether da U.S. Supreme Court shall hear da matter and re: Sanctions of $25,000.00. see, read, understand, and consider da attached Motions A (9) pages and Motion B (8) pages incorporated by reference, pursuant to Federal Evidence Code 201 et. Seq.

'daredeemer' proclaims and decree under da penalty of sin that da foregoing is true and correct so help ME God !!! AMEN AND AMEN

DATED: NOVEMBER 29, 2025

KING Adrian 'daredeemer' Moon, Attorney in Pro se



Cour
Pénale
Internationale

International
Criminal
Court

To request an interview with an ICC official, please fill out this form and return it to
publicaffairs.unit@icc-cpi.int
Please submit separate forms for each person you wish to interview.

To request an interview with members of the Office of the Prosecutor, please fill out this form
and return it to otpnewsdesk@icc-cpi.int
Please submit separate forms for each person you wish to interview.

----

## Interview request

Contact details:
- Your full name  ADRIAN DAMICO MOON
- Organisation    'daredeemer'
- Type of media (TV, radio, newspaper, magazine, etc.) or organisation (NGO, university or research institute,[1] etc.)  Pro Litigation
- Country   UNITED STATES
- Phone number  (771) 215-8153
- E-mail address  admoon172@gmail.com
- Physical address  4340 connecticut ave. NW Washinto

Proposed interview date(s):  August 7, -31, 2025

ICC personnel you wish to interview (if known):  proseccutor

Type of interview you are requesting:
- written
- telephone
- in person
- in person, recorded   x
- in person, filmed   x

Duration of proposed interview:
expose lucifer's elite (Lawyers and former Lawyer
Detailed description of your project's intended content:
Sin and corruption
General topic of the interview:
Expose sin
Specific interview questions:
where does Lucifer live ?

---

[1] PhD candidates and other academic researchers are kindly requested to also provide contact information for their research supervisor and an abstract of their research project.

# Confirmation

Submission ID# cd900744-f2b0-497f-a39c-d98396d56714                             Submission Date# 06-08-2025

 *Thank you for your submission.*

| | |
|---|---|
| **INCIDENT NAME** | **INVESTIGATION** |
| ADRIAN DAMICO MOON VS SATAN ET. AL. ROES 1-350 CASE NO. 23-5240 ; 25-5207 U.S. COURT OF APPEAL, D.C | Ukraine |
| **START DATE OF INCIDENT** | **END DATE OF INCIDENT** |
| 2/1/2023 | 8/6/2025 |
| **CONTACT NAME** | **CONTACT EMAIL** | **CONTACT PHONE** |
| **ADRIAN D. MOON** | admoon172@gmail.com | +1 771 215 8153 |
| **LANGUAGE** | **LOCATION OF INCIDENT** |
| English | Downtown Washington DC DC United States |

## Factual Summary

SATAN , Lucifer da fallen loser through his elite worshipers , leaders of this world , lawyers and former lawyers ( Judges) have came against 'daredeemer' in crimes of war, sex traffic , kidnapped for ransom, child sacrifice , child abduction , crimes were lodged through email : adriandaredeemer@gmail.com years ago with putin leading the charge

## Evidence List

| FILE NAME | EXTENSION | SIZE |
|---|---|---|
| CRIMINAL CASE 2.pdf | pdf | 101.34 KB |
| CRIMINAL CASE NUMBERS.pdf | pdf | 889.19 KB |
| GOBAL CORRUPTION.pdf | pdf | 204.98 KB |

*[signature: A D Moon]*

Motion B
5 (pages)

Verified Complaint

# 𝕱𝕽𝕺𝕸 𝕯𝕬 𝕶𝕴𝕹𝕲𝕯𝕺𝕸 𝕺𝕱 Adrian 'daredeemer '

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

### UNITED STATES DISTRICT COURT

### CIVIL DIVISION

### DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADRIAN DAMICO MOON**, an individual recipient of SNAP and suing in his official capacity as Czar of Homelessness and Anti-Semitic Reform, <br><br> Plaintiff, <br><br> vs. <br><br> **SATAN, a.k.a. 'Lucifer da fallen Loser"**, a spiritual being and being sued in his official capacity as Ruler of This World, **DONALD JOHN TRUMP, JR. a.k.a. 'teflon don'**, an individual and being sued in his official capacity as President of da United States of America, **GAIL MACDONALD MARCHIONE,** an individual and being sued in her official capacity as courtroom clerk for Indira Talwani, Judge , **SAVANNAH COOK,** an individual and being sued in her official capacity as Docket Clerk for Indira Talwani, Judge. **BRIAN LAWRENCE SCHWALB,** an individual and being sued in his official capacity as Attorney General for D.C., <br><br> DOES 1 THROUGH 350 , Inclusively, <br><br> Defendants, | Case No. 1:25-cv-03988-UNA <br><br> Lead Related Case no. 1:25-cv-13165-IT, U.S. District Court of Massachusetts <br><br> **VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF AND DECLARATORY RELIEF THAT DEFENDANTS COMMITTED CRIMES AGAINST PLAINTIFF** <br><br> **" JUDGMENT IS COMING "** <br><br> **# $ 7,000,000,000.00** <br><br> GRAND JURY TRIAL DEMANDED <br><br> **COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

### INTRODUCTION

1. For decades Defendants Satan et. al have come against Plaintiff to Steal , Kill, and Destroy by shut-down of his government to avoid paying SNAP payments and issuing Executive Orders to pay Plaintiff his Seven (7) Billions Dollars from being Kidnapped for Ransom from Altadena California, spending Ten (10) Years in California Prisons and Sixteen (16) months in D.O.C., D.C. Jail to chill Plaintiff from exercising his rights in his protected class and grand theft of approximately One Billion Dollars in Personal and Real Estate Properties. Plaintiff are therefore forced to seek this Court's

---

# 𝔉𝔯𝔬𝔪 𝔇𝔞 𝔎𝔦𝔫𝔤𝔡𝔬𝔪 𝔒𝔣 Adrian 'daredeemer '

## 𝔅𝔶 𝔓𝔯𝔬𝔠𝔩𝔞𝔪𝔞𝔱𝔦𝔬𝔫 𝔄𝔫𝔡 𝔇𝔢𝔠𝔯𝔢𝔢 𝔘𝔫𝔡𝔢𝔯 𝔡𝔞 𝔅𝔩𝔬𝔬𝔡 𝔬𝔣 𝔜𝔢𝔰𝔥𝔲𝔞 𝔍𝔢𝔰𝔲𝔰 𝔆𝔥𝔯𝔦𝔰𝔱 𝔡𝔞 𝔐𝔢𝔰𝔰𝔦𝔞𝔥…

intervention to forestall further irreparable harm and damages, duress and actual cost and punitive damages from Satan and his underlings evil, vicious, heinous, Hamas Domestic Terror illegal actions.

### JURISDICTION AND VENUE

2. The Court has jurisdiction pursuant to 28 U.S.C. Sections 1331,1346, and 2201 (a) et. seq.

3. Venue is proper in this district pursuant to 28 U.S.C. Section 1391 ( e ) (1) . Defendants are United States agencies, government, or officers sued in their official capacities. The District of Columbia is Satan's stronghold and a resident of this judicial district and a substantial part of the events or omissions giving rise to this Verified Complaint occurred within the District of Columbia.

### PARTIES

#### I. Plaintiffs:

4. Plaintiff Adrian Damico Moon is a sovereign of da United States of America. An individual recipient of SNAP, and suing in his official capacity as Czar of Homelessness and Anti-Semitic Reform.

#### II. Defendants:

5. Defendant Satan, a.k.a. Lucifer da fallen Loser' is a spiritual being, and being sued in his official capacity as Ruler of this World and resided in Washington D.C.

6. Defendant Donald John Trump, jr. a.k.a. 'teflon don' is an individual, ex-convict and is being sued in his official capacity as President of da United States of America and resides in Washington, D.C. in da same house as Satan.

7. Defendant Gail MacDonald Marchione, an individual and being sued in his official capacity as courtroom clerk for Indira Talwani, Judge in Lead Pending related case no. 1:25-cv-13165-IT and is a citizen of da United States of America.

8. Defendant Savannah Cook, an individual and being sued in her official capacity as Docket Clerk for Indira Talwani, Judge in Lead Pending Related case no. 1:25-cv-13165-IT in da U.S. District court of Massachusetts and is a citizen of da United States of America.

9. Defendant Brian Lawrence Schwalb, an individual and being sued in his official capacity as Attorney General, D.C is da ex-Lawyer in Lead Pending Related case no. 1:25-cv-13165-IT in da U.S. District Court of Massachusetts and is a citizen of da United States of America.

# 𝔉𝔯𝔬𝔪 𝔇𝔞 𝔎𝔦𝔫𝔤𝔡𝔬𝔪 𝔒𝔣 Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

10. The Above named Defendants, and its subsidiaries and agents, are collectively referred to as "Defendants." The true names and capacities of the Defendants sued herein as DOE DEFENDANTS 1 through 350 inclusively, are currently know ( Cross-Complaints, cases no. 2023 CCC 0025, Superior Court, D.C. ; 1:23-cv-1972-bah ; 1-25-cv-01451-una in da U.S. District Court, D.C. ) and unknown to Plaintiff, who therefore sues such Defendants by fictitious names. Each of the Defendants designated herein as a DOE is Legally responsible for the unlawful acts alleged herein. Plaintiff will seek leave of Court to amend the Verified Complaint to reflect the true names and capacities of the DOE Defendants when such identities become known.

11. Plaintiff is informed and believes that at all relevant times, each and every Defendant was acting as an agent and/or employee of each and every Defendant was acting within the course and scope of said agency and/or employment with the full knowledge and consent of each of the other Defendants. Plaintiff is informed and believes that each of the acts and/or omissions complained of herein was made known to, and ratified by, each of the other Defendants.

## UNDISPUTED FACTUAL ALLEGATIONS

12. Defendants Satan and his underlings ( Defendants Trump, Gail MacDonald, Savannah Cook and Brian Schwalb ) have come against Plaintiff with evil, vicious, heinous, Hamas Domestic Terrorism and have criminal conspired to Steal, ( One Billion Dollars of Personal and Real Estate Properties ) Kill, ( Attempted Murder ) and Destroy ( slander, libel ) Plaintiff.

13. On November 10, 2025, at Hearing in Lead case: Commonwealth of Massachusetts et. al. vs. Satan et. al. case no. 1:25-cv-13165-IT, U.S. District Court of Massachusetts, Defendants with evil vicious, heinous, Hamas Domestic Terrorism criminally conspired failed to file over Seven ( 7) documents in their possession then failed to file a First Amended Verified Complaint naming Defendant Donald John Trump, jr. a.k.a. 'teflon don' then disconnected Plaintiff from the court connection and would not restore the connection terror threatening " that YOU need to file YOUR own criminal complaint as a direct result of Defendants criminal conspiracy Plaintiff incurred actual damages of Seven (7) Billion Dollars .

///

///

VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF AND DECLARATORY RELIEF THAT DEFENDANTS COMMITTED CRIMES AGAINST PLAINTIFF - 3

# 𝔉𝔯𝔬𝔪 𝔡𝔞 𝔎𝔦𝔫𝔤𝔡𝔬𝔪 𝔒𝔣 Adrian 'daredeemer '
## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

## COUNT 1
### TREASON

Violations of Federal R.I.C.O. Act of 1973 ; 18 U.S.C. 241,242, 1201(a) ; 2381 et. seq.
Against ALL Defendants , Does 1-350 Inclusively

14. Plaintiff realleges and incorporate herein by this reference da entire Lead Case Commonwealth Of Massachusetts vs. Satan et. al , case no. 1:25-cv-13165-IT, in da U.S. District Court of Massachusetts filed on October 28, 2025. And paragraphs 1 through 14 as set forth previously.

15. On November 12, 2025 , Defendants Satan, Donald John Trump, Brian Schwalb, Gail MacDonald Marchione , Savannah Cook with evil , vicious, heinous , Hamas Domestic Terrorism , criminally conspired to set a secret meeting/ hearing whereby Plaintiff through da Creator great graces was able to foil this secret meeting again Defendants Donald John Trump,jr. a.k.a 'teflon don' failed to issue an Executive Order to pay Plaintiff a lump sum of Seven ( 7) Billion Dollars through da Justice Fund from a default judgment against Defendant Satan' s government, then Pardon and issue Full Expungement of Plaintiff , Sean "puff daddy combs and Johnny Potter.

### PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff Moon respectfully request through fervent prayer that this court enter judgment in his favor and grant da following relief:

1. A declaration that SATAN et. al. directive to State administrators to withhold SNAP benefits issuance files in it's October 10, 2025 SNAP letter is contrary to law, arbitrary and capricious , and an abuse of discretion.

2. A declaration that SATAN et. al.'s suspension of November 2025 SNAP benefits in its October 24, 2025 letter is contrary to law, arbitrary and capricious , and an abuse of discretion.

///

VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF AND DECLARATORY RELIEF
THAT DEFENDANTS COMMITTED CRIMES AGAINST PLAINTIFF - 4

# 𝔉𝔯𝔬𝔪 𝔇𝔞 𝔎𝔦𝔫𝔤𝔡𝔬𝔪 𝔒𝔣 Adrian 'daredeemer'

## 𝔅𝔶 𝔓𝔯𝔬𝔠𝔩𝔞𝔪𝔞𝔱𝔦𝔬𝔫 𝔄𝔫𝔡 𝔇𝔢𝔠𝔯𝔢𝔢 𝔘𝔫𝔡𝔢𝔯 𝔡𝔞 𝔅𝔩𝔬𝔬𝔡 𝔬𝔣 𝔜𝔢𝔰𝔥𝔲𝔞 𝔍𝔢𝔰𝔲𝔰 ℭ𝔥𝔯𝔦𝔰𝔱 𝔡𝔞 𝔐𝔢𝔰𝔰𝔦𝔞𝔥...

3. A declaration that Satan et.at. with vicious, evil, heinous, Hamas Domestic Terrorism has committed crimes against Plaintiff Moon under da Federal Criminal Statute, Federal R.I.C.O. ACT OF 1973.

4. Default Judgment of Seven (7) Billion Dollar.

5. Plaintiff Moon's costs, expenses, and reasonable attorney in pro se fees; and

6. Such other relief as the Court deems, just, proper and equitable.

DATED : November 13, 2025

ADRIAN DAMICO MOON, Plaintiff, Attorney In Pro Se

## VERIFICATION

I AM Adrian Damico Moon and have read this Verified Complaint and shall verify that da foregoing is true and correct, so help me God ...

DATED : November 13, 2025

ADRIAN DAMICO MOON, Plaintiff, Attorney In Pro Se

## CERTIFICATE OF SERVICE

I AM ADRIAN DAMICO MOON, 'daredeemer' certify that da following document : Emergency Motion to recuse all Judicial Officers of Court of Appeal, D.C. and ( Proposed ) ORDER  was served on da following on November 30, 2025.

Mob Boss Anna Elizabeth Blackburne-rigsby et. Al.

430 E street, nw Washington D.C. 20001

Emergencyfilings@dcappeals.gov

DATED: NOVEMBER 30, 2025    by: _____

                                                                                **Declarant**



(Proposed)

ORDER

Adrian Damico Moon, GBN# Chosen one
611 Pennsylvania ave, SE #310
Washington D.C. 20003
Cell ( 771) 215-8153  admoon172@gmail.com

Appellant Attorney In Pro Se

## COURT OF APPEAL DISTRICT OF COLUMBIA

In re: ADRIAN DAMICO MOON          )   Case No.   25-CO-0632
                                   )
                                   )   Lead Identical C.O.A. Case No.
                                   )
                                   )   23-FM-0830 ; 23-CO-0863 ; 23-CO-0955 ; 24-
         **Appellant,**            )   CM-0495
                                   )   Superior Court, D.C. case no.
                                   )   2023 CPO 1056
                                   )   2023 CCC  0025
                                   )
                                   )   ( Proposed ) ORDER
                                   )
                                   )
                                   )   **COVID-19: HOST, HOAX, OR HOLY SPRIT**

As this matter came by regularly to da Court and having considering all da files and case in da court of

Filed ( 6) one still haven't been filed Notice of Appeal April 8, 2025 in case 2023 CPO 1056 and

declaration of 'daredeemer' and taken judicial notice of case no. 1:25-cv-03988-UNA to da satisfaction

that these matters ought to be granted !

**FOR GOOD CAUSE SHOWING AND AGREED UPON BY PARTIES AND THEIR ATTORNEYS OF RECORD AND /OR ON THIS COURT'S OWN MOTION, IT IS SO ORDERED,**

**THAT:**

1. ALL AND EVERY JUDICIAL OFFICER APPOINTED EMPLOYEE IS HEREBY RECUSED FROM ADJUDICATING ANY CASE WHEREBY ADRIAN DAMICO MOON, WAS, IS , AND TO BE A PARTY TO DA ACTION.
2. ALL AND ANY RULINGS OR ORDERS IN CASES 23-FM-0830 ; 23-CO-0863 ; 23-CO-0955 ; 24-CM-0495 ; 25-FM-____ ; 25-CO-0632 IS HEREBY VACATE, SET-ASIDE AND STRICKEN FROM ALL COURT RECORDS, FORTHWITH…
3. SANCTIONS OF SEVEN (7) BILLION DOLLARS ONE LUMP SUM  MADE PAYABLE TO ADRIAN DAMICO MOON BY JANUARY 6, 2026.

**DATED: DECEMBER    , 2025**

_____    _____    _____

(proposed ) ORDER THEREON   - 1