# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

### UNITED STATES DISTRICT COURT
### CIVIL AND CRIMINAL DIVISIONS
### IN DA DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADRIAN DAMICO MOON,** an individual recipient of SNAP and suing in his official capacity as Czar of Homelessness and Anti-Semitic Reform, <br><br> Plaintiff, <br><br> vs. <br><br> **SATAN,** a spiritual being, being sued in his official capacity as Ruler of This World, ET. AL. <br><br> DOES 1 THROUGH 350 INCLUSIVELY, <br><br> Defendants, <br><br> **" JUDGMENT IS COMING "** <br><br> **# $ 7,000,000,000.00** | Case No.  **1:25-cv-03988-UNA** <br><br> Lead Identical Related Case No.: <br> 1:25-cv-13165- IT, U.S. Dist. Ct., Dist. Of Mass. <br><br> **EX PARTE APPLICATION UNDER DA SUPREMACY CLUASE ARTICLE VI PARA. TWO OF DA U.S. CONSTITUTION FOR SHORTENING OF TIME TO HEAR MOTION TO RECUSE ALL AND EVERY JUDICIAL OFFICER OF DA U.S. DISTRICT COURT, D.C. AND THEN ISSUE AN ORDER THAT DA HONORABLE MICHELLE OBAMA AND /OR BARACK OBAMA BE APPOINTED PRO TEM JUDGE FOR ALL PURPOSES ET. SEQ. ( Proposed ) ORDER THEREON** <br><br> DATE: DECEMBER 3, 2025 <br> TIME: 8:30 a.m. or soon thereafter to be heard <br> CTRM: <br> LOC.: 333 Constitution ave, NW D.C. 20001 <br><br> COVID-19: HOST, HOAX, OR HOLY SPIRIT |

**TO JAMES EMANUEL BOASBERG, CHIEF AND ALL DA JUDICIAL OFFICERS OF DA UNITED STATES DISTRICT OF COLUMBIA DISTRICT OF COLUMBIA :**

**NOTICE IS HEREBY** given that on December 3, 2025 at 8:30 a.m. or soon thereafter for da Ex Parte Application to be heard, in Dept. _____, located at 333 Constitution ave, NW Washington D.C. 20001. Plaintiff Adrian Damico Moon, shall move this court by way of an Ex Parte Application under Supremacy Clause Article VI paragraph two of da United States Constitution for shortening of time to hear Motion for Recusal of All and Every Judicial officer appointed and employed in da United States District Court, D.C. pursuant to 28 U.S.C. 144 (a) ; 455 et. Seq. ; 18 U.S.C. 2381 ;241;242; 1201 (a) et. Seg. Then to appoint da Honorable Michelle Obama and / or Barack Obama as Pro Tem Judge for all purposes to this instant case.

///

**RECEIVED**
DEC 01 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

---

EX PARTE APPLICATION UNDER DA SUPREMACY CLAUSE ARTICLE VI PARAGRAPH TWO UNITED STATES CONSTITUTION FOR SHORTENING OF TIME TO HEAR MOTION FOR RECUSAL OF ALL AND EVERY JUDICIAL OFFICER APPOINTED AND EMPLOYED IN DA UNITED STATES DISTRIICT COURT OF DISTRICT OF COLUMBIA THEN APPOINT MICHELLE OBAMA/BARCK OBAMA AS PRO TEM JUDGE ET.SEQ. ( Proposed ) ORDER THEREON  - 1

# 𝔉𝔯𝔬𝔪 𝔇𝔞 𝔎𝔦𝔫𝔤𝔡𝔬𝔪 𝔒𝔣 Adrian ' daredeemer '

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah…

### DECLARATION OF ADRIAN DAMICO MOON

### MEMORANDUM OF POINTS AND AUTHORITIES

**I AM ADRIAN DAMICO MOON**, ( hereinafter, 'daredeemer' ) Plaintiff, Attorney In Pro Se, Israelite, chosen one begotten son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua, Jesus Christ da Messiah… paragon, with integrity, and veracity proclaim and decree as follows,

1. 'daredeemer' has already disqualified over Ten ( 10) Judicial Officers in da U.S. District Court, D.C. and counting. It has become apparent that they are all idiots and worshipers of Satan, Lucifer da fallen Loser !!! John 8:44 ; Luke 11: 45-54 N.K.J. V. decree of 1611… and shall be going to prison for a very lone time !!!

2. Defendant Angela D. Caesar, Clerk of da Court keeps unassigning 'daredeemer' cases because all da Judicial Officers are either scared of going to prison for a very long time or have a valet reason to recuse themselves ? ROLL CALL- if there are any Judicial Officers wanting to volunteer and recuse themselves please do so by Wednesday ! Decemberr 3, 2025 .

3. 'daredeemer ' has no plain or adequate legal remedy under Satan' s laws to address da relief sought and if this Ex Parte Application for shortening of time to hear Motion for Recusal and appointment is not granted then 'teflon don ' will order da Department of War to seize YOU ALL ! 'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct, So help ME G-d !!! AMEN AND AMEN…

DATED: DECEMBER 1, 2025      by: _[signature]_

KING Adrian 'daredeemer' Moon, Attorney In Pro Se

---

EX PARTE APPLICATION UNDER DA SUPREMACY CLAUSE ARTICLE VI PARAGRAPH TWO UNITED STATES CONSTITUTION FOR SHORTENING OF TIME TO HEAR MOTION FOR RECUSAL OF ALL AND EVERY JUDICIAL OFFICER APPOINTED AND EMPLOYED IN DA UNITED STATES DISTIRICT COURT OF DISTRICT OF COLUMBIA THEN APPOINT MICHELLE OBAMA/BARCK OBAMA AS PRO TEM JUDGE ET.SEQ. ( Proposed ) ORDER THEREON - 2